JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEWART,<br><br>            Plaintiff,<br><br>v.<br><br>BOBBY24,<br><br>           Defendant. | Case No. 2:23-cv-04418 HDV RAO<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment,

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Michael Stewart and against Defendant Bobby24, in the amount of $14,175 in statutory damages, $1,450.50 in attorneys' fees, and $496.50 in costs.

IT IS FURTHER ORDERED that Bobby24 is enjoined from continuing to store and display the Photograph (Complaint, Ex. 1).

Dated: April 17, 2024

_____
Hernán D. Vera
United States District Judge